UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT LEE TIBBS, JR., ) | |
| ) | |
| Petitioner, ) | CIV 04-2140 PHX JWS |
| ) | |
| vs. ) | ORDER AND OPINION |
| ) | |
| ARIZONA DEPARTMENT OF ) CORRECTIONS, *et al.*, ) | [Re: Report and Recommendation] |
| ) | |
| Respondents. ) | |
| ) | |

## I.  MATTER PRESENTED

At docket 1, Robert Lee Tibbs, Jr., filed a *pro se* petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 against the State of Arizona, the Arizona Department of Corrections and the Arizona Attorney General.  At docket 9, Tibbs filed an amended petition terminating the State of Arizona as a respondent.  At docket 16, the remaining respondents filed a response to Tibbs's petition.  At docket 24, Tibbs filed a reply in support of his petition. Magistrate Judge David K. Duncan filed his report and recommendation at docket 25.  No objections to the report and recommendation have been filed.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate judge's

---

[1] 28 U.S.C. § 636(b)(1).

report and recommendation in a habeas case, the district court reviews *de novo* conclusions of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  DISCUSSION

Having reviewed the report and recommendation under the standard articulated above, the court adopts it.  The petition is **DENIED** and **DISMISSED with prejudice.**

DATED at Anchorage, Alaska, this 14th day of October 2005.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

---

[2] *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] *Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).